

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2018

No. 04-18-00240-CV

**IN THE INTEREST OF R.L.L. III, ET AL., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02373
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's brief was due September 4, 2018. On that day, appellee filed a motion requesting a fourteen (14) day extension of time to file his brief. After consideration, we **GRANT** appellee's request for an extension of time and **ORDER** the brief due **on or before September 18, 2018.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court